| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.N. LBR 9004-1(b)**<br>Rebecca A. Solarz, Esq.<br>Denise Carlon, Esq.<br>Brian C. Nicholas, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>rsolarz@kmllawgroup.com<br>dcarlon@kmllawgroup.com<br>bnicholas@kmllawgroup.com<br>Attorneys for Cascade Funding Mortgage Trust 2017-1 | |
| In Re: Jayfair P Langford<br>&<br>Rachel A Langford aka Rachel A Mason<br><br>Debtor | Case No: 17-34525-ABA<br><br>Chapter: 13<br><br>Judge: Andrew B. Altenburg Jr. |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Cascade Funding Mortgage Trust 2017-1. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

2875 Rome Rd, Vineland, NJ 08361

DOCUMENTS:

☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐ All documents and pleadings of any nature.
Date: 12/14/2017

> **/s/ Rebecca A. Solarz, Esquire**
> Rebecca A. Solarz, Esquire
> Denise Carlon, Esquire
> Brian C. Nicholas, Esquire
> **KML Law Group, P.C.**
> 216 Haddon Avenue, Ste. 406
> Westmont, NJ 08108
> (609) 250-0700 (NJ)
> (215) 627-1322 (PA)
> FAX: (609) 385-2214
> Attorney for Movant/Applicant

*new 8/1/15*