# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−34525−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jayfair P Langford
2875 Rome Rd
Vineland, NJ 08361

Rachel A Langford
aka Rachel A Mason
2875 Rome Rd
Vineland, NJ 08361

Social Security No.:
xxx−xx−3212

xxx−xx−0031

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 13, 2018.

On August 17, 2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:            September 26, 2018
Time:            09:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: August 20, 2018
JAN: def

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                    Case No. 17-34525-ABA
Jayfair P Langford                                        Chapter 13
Rachel A Langford
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Aug 20, 2018
                              Form ID: 185             Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2018.
db/jdb         +Jayfair P Langford,    Rachel A Langford,    2875 Rome Rd,    Vineland, NJ 08361-7540
517214112      +Auto Bahn Motorworks,    985 N Delsea Dr,    Vineland, NJ 08360-2777
517299407      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517328224      +Cascade Funding Mortgage Trust 2017-1,     c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517214115       Central Credit Services, LLC,    9550 Regency Blvd. Suite 500,    Jacksonville, FL 32225
517214118      +Dressbarn,   PO Box 71106,    Charlotte, NC 28272-1106
517262540       ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
517214119      +ERC,   PO Box 23870,    Jacksonville, FL 32241-3870
517214120      +First Premier Bank,    PO Box 5529,    Sioux Falls, SD 57117-5529
517214123      +HESAA,   PO Box 548,    Trenton, NJ 08625-0548
517214124      +Inspira,   PO Box 48274,    Newark, NJ 07101-8474
517214129      +Midland Funding LLC c/o Pressler & Press,     7 Entin Rd.,    Parsippany, NJ 07054-5020
517214132     ++PROFESSIONAL RECOVERY CONSULTANTS INC,     2700 MERIDIAN PARKWAY,    SUITE 200,
                 DURHAM NC 27713-2450
               (address filed with court:   Professional Recovery Consultants,    2700 Meridian Parkway Suite 200,
                 Durham, NC 27713)
517330510       Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517214131      +Pressler & Pressler, LLP,    7 Entin Rd.,    Parsippany, NJ 07054-5020
517214133      +Rushmore Loan Mgmt,    POB 52708,    Irvine, CA 92619-2708
517214134      +Specialized Loan Servicing,    8742 Lucent Blvd #300,    Highlands Ranch, CO 80129-2386
517214138      +Telecom/Unitel Management Corp.,    PO Box 41097,    Phoenix, AZ 85080-1097
517214140      +US Department of Education National Paym,    PO Box 105028,    Atlanta, GA 30348-5028
517313213       Wilmington VA Medical Center,    1601 Kirkwood Swy,    Wilmington, DE 19805-4917

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 20 2018 23:41:24      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 20 2018 23:41:20      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517214113      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 20 2018 23:40:58      Boscov's,    PO Box 659622,
                 San Antonio, TX 78265-9622
517214114      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 20 2018 23:45:31
                 Capital One Service, LLC,    PO Box 70886,    Charlotte, NC 28272-0886
517214116      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 20 2018 23:40:57      Comenity Bank,
                 PO Box 183003,   Columbus, OH 43218-3003
517214117      +E-mail/PDF: creditonebknotifications@resurgent.com Aug 20 2018 23:45:57      Credit One Bank,
                 PO Box 60500,   City of Industry, CA 91716-0500
517214121      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 20 2018 23:40:58      Full Beauty,
                 PO Box 659728,   San Antonio, TX 78265-9728
517214122      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 20 2018 23:40:58      Haband,    PO Box 659707,
                 San Antonio, TX 78265-9707
517214125      +E-mail/Text: cio.bncmail@irs.gov Aug 20 2018 23:40:30      IRS,    POB 7346,
                 Philadelphia, Pennsylvania 19101-7346
517214126      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 20 2018 23:40:58      Jessica London,
                 PO Box 659728,   San Antonio, TX 78265-9728
517323010       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 20 2018 23:57:19      LVNV Funding,
                 c/o Resurgent Capital Services,    PO BOX 10675,    Greenville, SC 29603-0675
517214128      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 20 2018 23:41:19      MCM,
                 2365 Northside Dr. Suite 300,    San Diego, CA 92108-2709
517214127      +E-mail/Text: bankruptcy@sccompanies.com Aug 20 2018 23:39:25      Masseys,    PO Box 2822,
                 Monroe, WI 53566-8022
517251502      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 20 2018 23:41:19      Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
517214130       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 21 2018 00:19:28
                 Portfolio Recovery Associates,    PO Box 12914,    Norfolk, VA 23541
517253773       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 21 2018 00:19:07
                 Portfolio Recovery Associates, LLC,    c/o Amazon.com,    POB 41067,   Norfolk VA 23541
517253772       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 21 2018 00:08:41
                 Portfolio Recovery Associates, LLC,    c/o Qvc,    POB 41067,   Norfolk VA 23541
517251988      +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 20 2018 23:41:41      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517322782       E-mail/Text: bnc-quantum@quantum3group.com Aug 20 2018 23:41:10
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA  98083-0788
517215889      +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2018 23:45:47      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517214135      +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2018 23:45:26      Synchrony Bank,    PO Box 960061,
                 Orlando, FL 32896-0061
517214136      +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2018 23:46:09      Synchrony Bank,    PO Box 965017,
                 Orlando, FL 32896-5017
```

```
District/off: 0312-1          User: admin              Page 2 of 2               Date Rcvd: Aug 20, 2018
                              Form ID: 185             Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517214137        +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2018 23:45:47      Synchrony Bank/Amazon,
                  PO Box 960013,    Orlando, FL 32896-0013
517214139        +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2018 23:45:26      TJX Rewards,    PO Box 530949,
                  Atlanta, GA 30353-0949
                                                                                                 TOTAL: 24

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2018 at the address(es) listed below:
```
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Raymond   Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1
               rsolarz@kmllawgroup.com
              Terry   Tucker    on behalf of Debtor Jayfair P Langford terrytucker@comcast.net
              Terry   Tucker    on behalf of Joint Debtor Rachel A Langford terrytucker@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 7
```