| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jayfair P Langford<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3212<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Rachel A Langford<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0031<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  17–34525–ABA | | |

## Order of Discharge                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jayfair P Langford                                      Rachel A Langford
                                                        aka Rachel A Mason

12/22/22                                                **By the court:** Andrew B. Altenburg Jr.
                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                         Case No. 17-34525-ABA
Jayfair P Langford                                                                 Chapter 13
Rachel A Langford
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                   User: admin                                      Page 1 of 3
Date Rcvd: Dec 22, 2022           Form ID: 3180W                                Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jayfair P Langford, Rachel A Langford, 26 Ladow Avenue, Apt. 27-D, Millville, NJ 08332-1444 |
| cr | + | Cascade Funding Mortgage Trust 2017-1, Stern & Eisenberg, PA, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| 517214112 | + | Auto Bahn Motorworks, 985 N Delsea Dr, Vineland, NJ 08360-2777 |
| 517214118 | + | Dressbarn, PO Box 71106, Charlotte, NC 28272-1106 |
| 517214123 | + | HESAA, PO Box 548, Trenton, NJ 08625-0548 |
| 517214124 | + | Inspira, PO Box 48274, Newark, NJ 07101-8474 |
| 517214129 | + | Midland Funding LLC c/o Pressler & Press, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 517214132 | ++ | PROFESSIONAL RECOVERY CONSULTANTS INC, 2700 MERIDIAN PARKWAY, SUITE 200, DURHAM NC 27713-2450 address filed with court:, Professional Recovery Consultants, 2700 Meridian Parkway Suite 200, Durham, NC 27713 |
| 517214138 | + | Telecom/Unitel Management Corp., PO Box 41097, Phoenix, AZ 85080-1097 |
| 517313213 | | Wilmington VA Medical Center, 1601 Kirkwood Swy, Wilmington, DE 19805-4917 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 22 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 22 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517299407 | + | EDI: BANKAMER2.COM | Dec 23 2022 01:34:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517214113 | + | EDI: WFNNB.COM | Dec 23 2022 01:34:00 | Boscov's, PO Box 659622, San Antonio, TX 78265-9622 |
| 517214114 | + | EDI: CAPITALONE.COM | Dec 23 2022 01:34:00 | Capital One Service, LLC, PO Box 70886, Charlotte, NC 28272-0886 |
| 517328224 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 22 2022 20:38:00 | Cascade Funding Mortgage Trust 2017-1, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517214115 | | Email/Text: ngisupport@radiusgs.com | Dec 22 2022 20:38:00 | Central Credit Services, LLC, 9550 Regency Blvd. Suite 500, Jacksonville, FL 32225 |
| 517214116 | + | EDI: WFNNB.COM | Dec 23 2022 01:34:00 | Comenity Bank, PO Box 183003, Columbus, OH 43218-3003 |
| 517214117 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 22 2022 20:49:02 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 517262540 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 22 2022 20:38:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 517214119 | + | Email/Text: bknotice@ercbpo.com | | |

Case 17-34525-ABA    Doc 60    Filed 12/24/22    Entered 12/25/22 00:12:41    Desc Imaged
                         Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 22, 2022 | Form ID: 3180W | Total Noticed: 47 |

| | | | |
|---|---|---|---|
| | | Dec 22 2022 20:38:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 517214120 | + EDI: AMINFOFP.COM | | |
| | | Dec 23 2022 01:34:00 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 517214121 | + EDI: WFNNB.COM | | |
| | | Dec 23 2022 01:34:00 | Full Beauty, PO Box 659728, San Antonio, TX 78265-9728 |
| 517214122 | + EDI: WFNNB.COM | | |
| | | Dec 23 2022 01:34:00 | Haband, PO Box 659707, San Antonio, TX 78265-9707 |
| 517214125 | + EDI: IRS.COM | | |
| | | Dec 23 2022 01:34:00 | IRS, POB 7346, Philadelphia, Pennsylvania 19101-7346 |
| 517214126 | + EDI: WFNNB.COM | | |
| | | Dec 23 2022 01:34:00 | Jessica London, PO Box 659728, San Antonio, TX 78265-9728 |
| 519015280 | Email/Text: legaldivision@kheaa.com | | |
| | | Dec 22 2022 20:38:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 519015281 | Email/Text: legaldivision@kheaa.com | | |
| | | Dec 22 2022 20:38:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 517323010 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Dec 22 2022 20:48:57 | LVNV Funding, c/o Resurgent Capital Services, PO BOX 10675, Greenville, SC 29603-0675 |
| 517214128 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Dec 22 2022 20:38:00 | MCM, 2365 Northside Dr. Suite 300, San Diego, CA 92108-2710 |
| 517214127 | + EDI: CBSMASON | | |
| | | Dec 23 2022 01:34:00 | Masseys, PO Box 2822, Monroe, WI 53566-8022 |
| 517251502 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Dec 22 2022 20:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517214130 | EDI: PRA.COM | | |
| | | Dec 23 2022 01:34:00 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 517253773 | EDI: PRA.COM | | |
| | | Dec 23 2022 01:34:00 | Portfolio Recovery Associates, LLC, c/o Amazon.com, POB 41067, Norfolk VA 23541 |
| 517253772 | EDI: PRA.COM | | |
| | | Dec 23 2022 01:34:00 | Portfolio Recovery Associates, LLC, c/o Qvc, POB 41067, Norfolk VA 23541 |
| 517214131 | Email/Text: signed.order@pfwattorneys.com | | |
| | | Dec 22 2022 20:38:00 | Pressler & Pressler, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 517330510 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Dec 22 2022 20:49:04 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517251988 | + EDI: JEFFERSONCAP.COM | | |
| | | Dec 23 2022 01:34:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517322782 | EDI: Q3G.COM | | |
| | | Dec 23 2022 01:34:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517214133 | + Email/Text: flyersprod.inbound@axisai.com | | |
| | | Dec 22 2022 20:38:00 | Rushmore Loan Mgmt, POB 52708, Irvine, CA 92619-2708 |
| 517214134 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | Dec 22 2022 20:38:00 | Specialized Loan Servicing, 8742 Lucent Blvd #300, Highlands Ranch, CO 80129-2386 |
| 517214136 | + EDI: RMSC.COM | | |
| | | Dec 23 2022 01:34:00 | Synchrony Bank, PO Box 965017, Orlando, FL 32896-5017 |
| 517214135 | + EDI: RMSC.COM | | |
| | | Dec 23 2022 01:34:00 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 517215889 | + EDI: RMSC.COM | | |
| | | Dec 23 2022 01:34:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 22, 2022 | Form ID: 3180W | Total Noticed: 47 |

| 517214137 | + EDI: RMSC.COM | Dec 23 2022 01:34:00 | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 517214139 | + EDI: RMSC.COM | Dec 23 2022 01:34:00 | TJX Rewards, PO Box 530949, Atlanta, GA 30353-0949 |
| 517214140 | + Email/Text: edbknotices@ecmc.org | Dec 22 2022 20:38:00 | US Department of Education National Paym, PO Box 105028, Atlanta, GA 30348-5028 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2022             Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Cascade Funding Mortgage Trust 2017-1 dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jane L. McDonald | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Raymond Shockley, Jr | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Steven P. Kelly | on behalf of Creditor Cascade Funding Mortgage Trust 2017-1 skelly@sterneisenberg.com bkecf@sterneisenberg.com |
| Terry Tucker | on behalf of Debtor Jayfair P Langford terrytucker@comcast.net |
| Terry Tucker | on behalf of Joint Debtor Rachel A Langford terrytucker@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8